UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 3:25-CR-196 |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| **DARRYL LANDIS SIMON,** | ) | |
| **Defendant** | ) | |

NOW COMES the United States of America, by and Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of Defendant's plea agreement and Defendant's plea of guilty.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. On or about January 26, 2024, in Union County, and within the Western District of North Carolina, Defendant DARRYL LANDIS SIMON ("Defendant"), did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), a schedule II controlled substance.

2. Specifically, in January 2024, Defendant was contacted by a confidential informant ("CI") who inquired about purchasing methamphetamine from Defendant. Defendant agreed to sell 3 pounds of methamphetamine to the CD for $3,000. On January 26, 2024, Defendant met the CI and an undercover agent ("UC") in a parking lot in Monroe, North Carolina. At this meeting, Defendant turned over 1,323.7 grams of methamphetamine to the UC. The methamphetamine was subsequently determined to have a purity level of 99%, constituting 1,310 grams of methamphetamine actual.

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
ALFREDO DE LA ROSA
ASSISTANT UNITED STATES ATTORNEY

<u>Defendant's Counsel's Signature and Acknowledgment</u>

      I have read this Factual Basis and the Bill of Indictment in this case and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis and the Bill of Indictment. I hereby certify that the defendant does not dispute this Factual Basis.

_____      DATED: 9/2/25
HAROLD COGDELL
Attorney for Defendant

2